# UNITED STATES DISTRICT COURT
for the

## Eastern District of California



**FILED**

NOV 3 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Case No.   1:15-mj-00163 SKO |
| FABIAN MAGANA, | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:    U.S. District Court, 2500 Tulare Street, Fresno, CA
_____
*Place*

Courtroom 9, sixth floor, before Magistrate Judge Stanley A. Boone
_____

on    _____ November 12, 2015, at 1:30 p.m. _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered.

\*\*\* Release Delayed to November 4, 2015 at 9:00 \*\*\*
\*\*\* Release Directly to Emigda Orth \*\*\*

**MAGANA, Fabian**
**Doc. No. 1:15-MJ-00163-SKO**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6)      The defendant is placed in the custody of:

         Name of person or organization      Emidga Orth.

     who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

         SIGNED: _____
                     CUSTODIAN

☑ (7)      The defendant shall:

☑    (a)    report on a regular basis to the following agency:
           Pretrial Services and comply with their rules and regulations;

☑    (b)    report in person to the Pretrial Services Agency on the first working day following your release from custody;

☑    (c)    reside at a location approved by the PSO and not move or absent yourself from this residence for more than 24 hours without the prior approval of the PSO; travel restricted to Eastern District of California, unless otherwise approved in advance by PSO;

☑    (d)    report any contact with law enforcement to your PSO within 24 hours;

☑    (e)    not associate with any known gang members, associates or co-defendants;

☑    (f)    not associate or have any contact with Rodolfo Delgadillo, Alejandro Zavala and Isabel Cardenas unless in the presence of counsel or otherwise approved in advance by the PSO;

☑    (g)    refrain from possessing a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition, currently under your control;

☑    (h)    submit to drug or alcohol testing as approved by the Pretrial Services Officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer;

☑    (i)    refrain from any use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed or not, may not be used;

☑    (j)    participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the PSO; you shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the PSO;

☑    (k)    not obtain a passport or other traveling documents during the pendency of this case;

☑    (l)    participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. **HOME INCARCERATION**: You shall remain inside your residence at all times except for medical needs or treatment; religious services; and court appearances pre-approved by the Pretrial Services Officer; and,

☑    (m)    participate in the Better Choices court program and comply with all the rules and regulations of the program. You shall remain in the program until released by the PSO. In accordance with this condition, you must appear before the Honorable Barbara A. McAuliffe, courtroom 8, on 11-18-15 at 11:00 AM.

## USMS SPECIAL INSTRUCTIONS:

☑    (n)    Your release on bond shall be delayed until November 4, 2015, at 9:00, at which time you shall be released directly to the third party custodian, Emigda Orth, for immediate transportation to the Pretrial Services office in Fresno.

1:15-mj-00163 magana

AO 199C (Rev. 09/08- Advice of Penalties... Case 1:15-cr-00318-DAD-BAM   Document 15   Filed 11/04/15   Page Page 3 of 3   Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

Date: __November 3, 2015__  _____
*Judicial Officer's Signature*

Sheila K. Oberto, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL