1 | VIRNA L. SANTOS, SBN 150017
Santos Law Group
2 | 764 P Street, Suite 13
Fresno, CA 93721
3 | Telephone: (559) 500-3900
Facsimile:  (559) 500-3902
4 | E-Mail: vsantos@santoslg.com

5 | Attorney for Defendant Fabian Magana

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:15CR00318-DAD-BAM |
|---|---|
| Plaintiff, | **AMENDED STIPULATION AND PROPOSED ORDER RE: AMENDMENT OF DEFENDANT FABIAN MAGANA'S CONDITIONS OF RELEASE; ORDER** |
| v. | |
| RUDOLFO DELGADILLO, ALEJANDRO ZAVALA, and FABIAN MAGANA, | |
| Defendants. | |

TO THE HONORABLE COURT:

   WHEREAS, Defendant Fabian Magana is currently on pretrial release, as per this Court's Order dated November 3, 2015 (Dkt. No. 13); and

   WHEREAS, one of his current conditions of release, Condition No. 7(l), restricts him to his residence, with the exceptions of travel related to medical needs or treatment, religious services, or court appearances; and

-1-

1  WHEREAS, Pretrial Services office has been consulted and concurs with this request; and

2  WHEREAS, Defendant needs to travel from his home in order to confer with his attorney at

3  her office so that he may assist in his defense and further his effective representation.

4  IT IS HEREBY STIPULATED that the Defendant's release conditions be amended to permit

5  his travel to his attorney's office, in addition to the exceptions already set forth in Condition No. 7(l).

6  The defendant shall be required to notify Pretrial Services in advance of said travel.

7  Dated: December 10, 2015

                                                         /s/ Virna L. Santos
                                                         VIRNA L. SANTOS
                                                         Attorney for Defendant Fabian Magana

Dated: December 10, 2015        /s/ Kimberly A. Sanchez
                                                         BENJAMIN B. WAGNER
                                                         United States Attorney
                                                         KIMBERLY SANCHEZ
                                                         Assistant U.S. Attorney
                                                         On Behalf of the United States of America

## ORDER

IT IS SO ORDERED.

Dated:   **December 11, 2015**                             **/s/ Barbara A. McAuliffe**
                                                                  UNITED STATES MAGISTRATE JUDGE