VIRNA L. SANTOS, SBN 150017
Santos Law Group
764 P Street, Suite 13
Fresno, CA 93721
Telephone:  (559) 500-3900
Facsimile:   (559) 500-3902
E-Mail: vsantos@santoslg.com

Attorney for Defendant Fabian Magana

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>                        Plaintiff,          )<br>                                                            )<br>                   v.                             )<br>                                                            )<br>RUDOLFO DELGADILLO,              )<br>ALEJANDRO ZAVALA, and         )<br>FABIAN MAGANA,                        )<br>                        Defendants.     )<br>_____) | Case No.:  1:15CR00318 LJO-SKO<br><br>STIPULATION AND ORDER RE: PERMISSION FOR FABIAN MAGANA TO ATTEND FAMILY EVENT;PROPOSED ORDER |

TO THE HONORABLE COURT:

   WHEREAS, Defendant Fabian Magana is currently on pretrial release, as per this Court's Order dated November 3, 2015 (Dkt. No. 13); and

   WHEREAS, one of his current conditions of release, Condition No. 7(l), restricts him to his residence, with the exceptions of travel related to medical needs or treatment, religious services, meeting with defense counsel or court appearances;

1 WHEREAS, Defendant requests permission to attend his baby nephew's baptism ceremony to be held at St. Mary's Catholic Church located at 608 N. Church Street, Visalia, California and celebratory luncheon at La Fiesta Mexican Restaurant, located at 3222 N. Demaree Street, Visalia, on May 15, 2016 from 2:00 p.m. to 8:00 p.m.; and

WHEREAS, AUSA Kimberly Sanchez has no objection to this request;

IT IS HEREBY STIPULATED that the Defendant may attend the aforementioned baptism and celebratory lunch on May 15, 2016 from 2:00 p.m. to 8:00 p.m.   The defendant shall be required to notify Pretrial Services in advance of this event.

Dated: April 11, 2016

/s/ Virna L. Santos
VIRNA L. SANTOS
Attorney for Defendant Fabian Magana

Dated: April 11, 2016        /s/ Kimberly A. Sanchez
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY SANCHEZ
Assistant U.S. Attorney
On Behalf of the United States of America

IT IS SO ORDERED.

Dated:   **April 11, 2016**                    **/s/**

UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER RE:  PERMISSION FOR FABIAN MAGANA TO ATTEND FAMILY EVENT; PROPOSED ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

STIPULATION AND PROPOSED ORDER RE:  PERMISSION FOR FABIAN MAGANA TO ATTEND FAMILY EVENT; PROPOSED ORDER