1  VIRNA L. SANTOS, SBN 150017
   Santos Law Group
2  764 P Street, Suite 13
   Fresno, CA 93721
3  Telephone:  (559) 500-3900
   Facsimile:  (559) 500-3902
4  E-Mail: vsantos@santoslg.com

5  Attorney for Defendant Fabian Magana

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No.:  1:15CR00318 LJO-SKO
                                       )
12                      Plaintiff,     )   STIPULATION AND PROPOSED ORDER
                                       )   RE:  PERMISSION FOR FABIAN
                                       )   MAGANA TO ATTEND FAMILY
13           v.                        )   EVENT; ~~PROPOSED~~ ORDER
                                       )
14  RUDOLFO DELGADILLO,                )
    ALEJANDRO ZAVALA, and              )
15  FABIAN MAGANA,                     )
                        Defendants.    )
16                                     )
                                       )

17

18  TO THE HONORABLE COURT:

19       WHEREAS, Defendant Fabian Magana is currently on pretrial release, as per this Court's

20  Order dated November 3, 2015 (Dkt. No. 13); and

21       WHEREAS, one of his current conditions of release, Condition No. 7(l), restricts him to his

22  residence, with the exceptions of travel related to medical needs or treatment, religious services,

23  meeting with defense counsel or court appearances;

24

STIPULATION AND PROPOSED ORDER RE:  PERMISSION FOR FABIAN MAGANA TO ATTEND FAMILY
EVENT; PROPOSED ORDER

-1-

1    WHEREAS, Defendant requests permission to attend his nephew's birthday party to be held

2  on Sunday, July 30, 2016 from 1:00 p.m. to 8:00 p.m. at 1230 W. La Vida Court, Visalia; and

3    WHEREAS, AUSA Kimberly Sanchez has no objection to this request;

4    IT IS HEREBY STIPULATED that the Defendant may attend the aforementioned birthday

5  party on July 30, 2016 from 10:00 a.m. to 8:00 p.m.   The defendant shall be required to notify

6  Pretrial Services in advance of this event.

7  Dated: July 13, 2016

8                                                          /s/ Virna L. Santos
                                                          VIRNA L. SANTOS
9                                                          Attorney for Defendant Fabian Magana

10

11  Dated: July 13, 2016                      /s/ Kimberly A. Sanchez
                                                          BENJAMIN B. WAGNER
                                                          United States Attorney
12                                                        KIMBERLY SANCHEZ
                                                          Assistant U.S. Attorney
13                                                        On Behalf of the United States of America

14  IT IS SO ORDERED.

15

16  Date: __7/14/16__

17                                                        SHEILA K. OBERTO
                                                          Unites States Magistrate Judge

18

19

20

21

22

23

24

STIPULATION AND PROPOSED ORDER RE:  PERMISSION FOR FABIAN MAGANA TO ATTEND FAMILY
EVENT; PROPOSED ORDER