# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JUL 20 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**United States of America**
vs.
Fabian Magana

)
)
)
)
)
)

Case No. 1:15-CR-00318-DAD

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Fabian Magana_____, have discussed with _____Amaryllis Gonzalez_____, Pretrial Services Officer, modifications of my release conditions as follows:

Modify the following conditions of release:

1. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; **HOME DETENTION:** You shall remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer.

All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6-2-16      _____  06/02/16
Signature of Defendant   Date        Signature of Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____              6-2-16
Signature of Assistant U.S. Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              6/2/16
Signature of Defense Counsel        Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _June 3 2016_
☐ The above modification of conditions of release is *not* ordered.

_____              6/3/16
Judicial Officer Signature          Date