IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15CR00318 LJO-SKO |
| Plaintiff, | ORDER RE STIPULATION TO MODIFY DEFENDANT FABIAN MAGANA'S CONDITIONS OF RELEASE |
| v. | |
| FABIAN MAGANA, | |
| Defendant. | |

TO THE HONORABLE COURT:

WHEREAS, Defendant Fabian Magana is currently on pretrial release per this Court's Order dated November 3, 2015 (Dkt. No. 13); and

WHEREAS, one of his current conditions of release, Condition No. 7(l), imposes home incarceration and electronic monitoring, among other restrictions on the defendant's liberty;

WHEREAS, Defendant and the Government have agreed that the defendant requires flexibility to maintain his employment and accept overtime work assignments; and

WHEREAS, the parties are informed of the defendant's positive performance during his eight months in pretrial release and that Pretrial Services has no objections to the requested modifications;

WHEREAS, the Defendant agrees to additional clarification of condition 7(e) prohibiting contact with known gang members; and

WHEREAS, Pretrial Services Officer Ryan Beckwith has objections to this request.

IT IS HEREBY STIPULATED that the Defendant's release conditions be amended to delete Condition No. 7(l) and that Condition 7(e) be modified by adding the following sentence: "This prohibition includes any contact via telephone, social media or electronic mail.  Further, defendant is prohibited from travel to Cutler/Orosi, an area frequented by known gang members."

Dated: August 25, 2016 　　　　　　　　　/s/ Virna L. Santos
　　　　　　　　　　　　　　　　　　　　VIRNA L. SANTOS
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Fabian Magana

Dated: August 25, 2016 　　　　　　　　　/s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　　PHILLIP TALBERT
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　　　KIMBERLY SANCHEZ
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　On Behalf of the United States of America

IT IS SO ORDERED.

Dated:   **August 25, 2016**　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE