VIRNA L. SANTOS, SBN 150017
Santos Law Group
764 P Street, Suite #13
Fresno, CA  93721
Tel: (559) 500-3900
Fax: (559) 500-3902
Email: vsantos@santoslg.com

Attorney for FABIAN MAGANA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-00318-DAD-BAM-3 |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| FABIAN MAGANA, | |
| Defendant. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

COMES NOW Defendant, FABIAN MAGANA, by and through her attorney of record, Virna L. Santos, hereby requesting that the change of plea hearing currently set for February 13, 2017 be continued to March 20, 2017 at 10:00 a.m.

This request is premised on the receipt of a revised plea offer on February 8, 2017 that will require additional time for attorney-client consultation. This continuance will also permit the defendant to complete the Better Choices court program.

Undersigned counsel has consulted with AUSA Sanchez, who has no objection to this request.  The parties have agreed to a new hearing date of March 20, 2017 at 10:00 a.m. for change of plea.

///

1

The parties also agree that the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) based on the need for additional investigation required for trial preparation and pursuit of plea negotiations.

IS SO STIPULATED.

DATED: February 9, 2017

Respectfully submitted,
/s/ Virna L. Santos
VIRNA L. SANTOS
Attorney for Defendant
FABIAN MAGANA

DATED: February 9, 2017

/s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant U.S. Attorney

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the change of plea in this case. Good cause appearing, the change of plea hearing as to the above named defendant currently scheduled for February 13, 2017, is continued until March 20, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd. The time period between February 13, 2017 and March 20, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as based on the representations of counsel the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **February 9, 2017**

_____
UNITED STATES DISTRICT JUDGE