# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
MAR 20 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
v. ) Case No. 1:15-CR-00318
FABIAN MAGANA )
)
_____ )
*Defendant*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3-20-17

_Fabian Magana_
*Defendant's signature*

_/s/_
*Signature of defendant's attorney*

Virna L. Santos
*Printed name of defendant's attorney*

_Dale A. Drozd_
*Judge's signature*

DALE A. Drozd
~~Lawrence J. O'Neill~~, U.S. District Court Judge
*Judge's printed name and title*