1  VIRNA L. SANTOS, ESQ. SBN 150017
   Santos Law Group
2  1225 E. Divisadero Avenue
   Fresno, California   93721
3  Telephone:  (559) 500-3900
4  Facsimile:   (559) 500-3902
   E-Mail:  vsantos@santoslg.com
5

6  Attorney for Defendant, FABIAN MAGANA

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 1:15-cr-00318-DAD-BAM-3

12 |        Plaintiff,

13 |   v.                             | STIPULATION AND ORDER TO
                                        CONTINUE SENTENCING HEARING
14 | FABIAN MAGANA,

15 |        Defendant.

16

17 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

18 LAWRENCE J. O'NEILL AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES

19 ATTORNEY:

20    **COMES NOW** Defendant, FABIAN MAGANA by and through his attorney of record,

21 Virna L. Santos, hereby requests that the sentencing hearing currently set for October 2, 2017 be

22 continued to November 6, 2017.

23    This continuance is based on the need for additional time to gather documents and other

24 evidence necessary to determine the need to file objections to the presentence report as well as in

25 support of defendant's sentencing brief.  I have corresponded with AUSA Kimberly Sanchez,

26 who has no objection to continuing the sentencing hearing.

27 ///

28 ///

                                            1

Respectfully submitted,

Dated: September 8, 2017

/s/ Virna L. Santos
VIRNA L. SANTOS
Attorney for Defendant Fabian Magana

Dated: September 8, 2017

/s/ Kimberly A. Sanchez
KIMBERLY SANCHEZ
Assistant U.S. Attorney

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for October 2, 2017, is continued until November 6, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **September 11, 2017**

UNITED STATES DISTRICT JUDGE