VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street Fresno, CA 93721
(559) 500-3900
(559) 500-3902 (Fax)
vsantos@santoslg.com

Attorney for DEFENDANT'S NAME

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FABIAN MAGANA,<br><br>　　　　　Defendant | Case No.: 1:15-CR-318-003 DAD-BAM<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD AND ORDER |
|---|---|

　　　　Virna L. Santos, appointed counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record.  hereby provides notice that the undersigned is not assigned to this matter and requests to be removed as attorney of record in this case. Please remove the attorney named below from the service list. and for appointment of new counsel to represent defendant FABIAN MAGANA.  As grounds she states:

　　　　1. Virna L. Santos was appointed to represent defendant on January 9, 2020:

　　　　2. At the time of appointment the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.

　　　　3. Undersigned counsel has accepted a judicial appointment to the Fresno County Superior Court, and consequently, must close her private practice.

　　　　4. The Federal Public Defender's Office will appoint new counsel, as needed.

1

5. Accordingly, undersigned counsel requests that she be permitted to withdraw. She further requests that she be removed from the service list.

DATED: April 4, 2022                    /s/ Virna L. Santos
                                        VIRNA L. SANTOS
                                        Attorney for Defendant Fabian Magana

**ORDER**

Attorney Virna L. Santos' motion to withdraw as counsel is hereby GRANTED. The Court directs the Clerk of the Court to remove attorney Virna Santos from the service list in this case, as counsel has requested. Finally, the matter is referred to the Office of the Federal Defender for appointment of new counsel for defendant Fabian Magana.

IT IS SO ORDERED.

Dated:   **April 7, 2022**                    _____
                                              UNITED STATES DISTRICT JUDGE

2